# United States District Court
## District of Maryland

UNITED STATES OF AMERICA            **WARRANT FOR ARREST**

v.

Case No. MJG-01-0399

Richard Anthony Wilford

TO: The United States Marshal and any
       Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Richard Anthony Wilford
                                                                  *Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☒ Probation Violation Petition

charging him or her with *(brief description of offense)*:

RECEIVED
2009 MAY 26 P 4:09
U.S. MARSHAL
BALTIMORE, MD

in violation of Title _____ United States Code, Section(s) _____

FELICIA C. CANNON                     CLERK, U.S. DISTRICT COURT
Name of Issuing Officer                    Title of Issuing Officer

*(signature)*                                   May 26, 2009   Baltimore, Maryland
(By) Deputy Clerk                             Date and Location

Bail fixed at $   NO RECOMMENDATION                 by   Marvin J. Garbis, USDJ
                                                                                   Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at   101 W. Lombard St.
Baltimore MD 21201

| Date Received 5/26/9 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 5/29/9 | David Frost DUSM | *(signature)* |

U.S. DISTRICT COURT (Rev. 7/98)